IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE BATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1831-E-BN |
| | § | |
| CALIBER HOLDINGS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part and deny in part Plaintiff Stephanie Bates's Motion for Leave to File Third Amended Complaint [Dkt. No. 29]. *See* Dkt. No. 31.

The Magistrate Judge recommended that leave should be denied to the extent that Plaintiff Bates seeks to add new claims under Chapter 21 of the Texas Labor Code, the Age Discrimination in Employment Act, and the Pregnant Workers Fairness Act because those claims would be futile. *See id.* He recommended that leave should be granted to the extent that Bates seeks to add new factual allegations *See id.* And he recommended that the Court should order the Clerk of the Court to enter the proposed Third Amended Complaint and should treat the new claims as dismissed.

The Magistrate Judge also made findings and conclusions recommending that

the Court should deny Plaintiff Bates's Motion for Leave to File Second Amended Complaint [Dkt. No. 21] and Defendant Caliber Holdings, LLC's Motion for Leave to File First Amended Answer to Plaintiff's Amended Petition [Dkt. No. 30] as moot. *See id.*

Objections were filed.[1] The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court shall enter a separate order adjudicating the presented motion(s) for leave.

**SO ORDERED this 1st day of December, 2025.**

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Plaintiff Bates's consequent filings in [Dkt Nos. 32; 36] as objections.